JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Zhiguo Lin,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. 2:21-cv-02096-RFB-DJA<br><br>**Stipulation and Order for Extension**<br>**(First Request)** |

      Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 Federal Defendant requests, and Plaintiff does not oppose, 30-day extensions of the due dates to hold a Rule 26(f) conference and submit a proposed discovery plan and scheduling order. With the United States filing its Answer of May 2, 2022, the provisions of Local Rule 26-1 result in due dates of June 1, 2022, and June 15, 2022, for the Rule 26(f) conference and the filing of a proposed discovery plan and scheduling order, respectively. This requested extension would move such due dates to July 1, 2022, and July 15, 2022, respectively. This is the first request for such an extension.

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. Defense counsel has had to devote time to a number of other matters. This work includes, but is not limited to, responding to new civil complaints, discovery in several cases, motions practice, and trial preparation for the case of *Rivera v. United States*, 2:19-cv-00306-RFB-VCF. The *Rivera* case had a firm trial date of May 31, 2022, but recently settled. The U.S. Attorney's Office remains very busy, with two vacancies in the small defensive section of the Civil Division.

Plaintiff's counsel has a trial scheduled to start on June 16, 2022.

The parties respectfully request this extension to allow additional time to review relevant file materials and prepare for the Rule 26(f) conference in this matter.

Respectfully submitted this 26th day of May 2022.

| | |
|---|---|
| VASQUEZ LAW | JASON M. FRIERSON<br>United States Attorney |
| */s/ Dominic C. Vasquez*<br>DOMINIC C. VASQUEZ, Esq.<br>Nevada Bar No. 13272<br>521 S. 7th Street<br>Las Vegas, NV 89101<br>702-550-9145<br>dvasquez@vasquez.law | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 27, 2022