JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Zhiguo Lin,<br><br>  Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>  Defendant. | Case No. 2:21-cv-02096-RFB-DJA<br><br>**Stipulation and Order<br>to Dismiss with Prejudice** |

Plaintiff and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 13th day of December 2023.

| | |
|---|---|
| VASQUEZ LAW | JASON M. FRIERSON<br>United States Attorney |
| */s/ Dominic C. Vasquez*<br>DOMINIC C. VASQUEZ, Esq.<br>Nevada Bar No. 13272<br>521 S. 7th Street<br>Las Vegas, NV 89101<br>*Attorney for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK ROSE<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 14, 2023.